UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HOMER G. PHILLIPS NURSES' ALUMNI, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:22-cv-00731 SEP |
| NORTHSIDE URGENT CARE HOSPITAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Leave to Designate a Non-Court Certified Neutral (Doc. [31]) who is not on the Court's list of certified neutrals for purposes of mediation.

Pursuant to Local Rule 6.03(B)(2), "a neutral who has special subject matter expertise germane to a particular case" may be appointed "whether or not the individual is on the list of certified neutrals." The years of experience of the proposed mediator in combination with her history of handling many different types of cases make her a respected mediator in the bar at-large. Nevertheless, the proposed mediator does not have "*special* subject matter expertise" beyond that of the panel of neutrals who have met the certification requirements set forth by the Court.  As such, the reasons cited for use of a non-certified neutral in this case are inadequate and the motion is denied.

Accordingly,

 **IT IS HEREBY ORDERED** that the parties' Joint Motion for Leave to Designate a Non-Court Certified Neutral (Doc. [31]) is **DENIED**.

Dated this 3rd day of May, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE